UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Christine Krol

Case No. 1-11-41142

Chapter 7

Debtor(s)
------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

Christine Krol _____, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 7 of the Bankruptcy Code on February 16, 2011.

2. Filed herewith is an amendment to Schedules B & C _____ [indicate list(s), schedule(s) or statement(s) being amended] previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. [If creditor records have been added] An amended mailing matrix is annexed hereto, listing added creditors ONLY, in the format prescribed by Local Rule 1007-2(b)(i).

Dated: May 19, 2011

_____
Debtor (Signature)

Sworn to before me this 19
day of May, 2011.

_____
Notary Public, State of New York

PAULETTE MANOS
Notary Public, State of New York
No. 41-4965100
Qualified in Brooklyn County
Commission Expires April 16, 20__

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

USBC-63                                                                                                       Rev. 1/14/04

# AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

## Instructions for Completion of Form

Local Rule 1009-1(a) requires that, whenever lists, schedules or statements are amended, a **sworn affidavit** must be filed which sets forth the changes (additions, deletions, corrections) which have been made. [NOTE: Local Rule 1009-1(a) further requires that, in order for an amendment to be effective, **proof of service** in accordance with Local Rule 1009-1(b) must be filed with the Clerk. The amendment must be served upon the United States Trustee, the Case Trustee, all creditors who were added or deleted, and any other party affected by the amendment. A form of certificate of service is available at the Clerk's Office.]

**In re.** Name(s) of debtor(s) as it/they appear on the petition.

**Case No.** The bankruptcy case number assigned at the time of filing of the petition, including the three-digit judge code. **EXAMPLE: 104-10345-353**

**Chapter.** The bankruptcy chapter under which relief is being sought (7, 11 or 13).

**Debtor.** Name(s) of debtor(s) signing affidavit.

**Filed petition under chapter.** Re-enter chapter.

**Filed petition** 7    on. Date petition was filed.

**Amendment to.** Specify list(s), schedule(s) or statement(s) affidavit relates to (e.g., **Schedule F, Statement of Financial Affairs**).

**Listing.** Attach a listing of all changes, and specify the nature of each change.

> **EXAMPLE:** Schedule F has been amended to add the following creditor:
>
> Discover                    7/03                    $2,235.35
> PO Box 8003
> Hilliard, OH 43026

**Matrix.** If creditors have been *added*, an amended matrix must be submitted, listing added creditors ONLY.

**Signature.** The form must be signed by the debtor(s). The date of signing should be indicated on the lower left of the form.

**Sworn to.** You must have the form notarized before presenting it to the Court.

**FEE:** A **$26 fee is due** if the nature of the amendment is to add or delete creditors, or to make changes as to amount owed, nature of debt, etc. (The fee does not apply if the nature of the amendment is to correct the address of a listed creditor or creditor's attorney, or to add the name and address of an attorney for a listed creditor.) Acceptable forms of payment include cash, money orders and bank checks. Make money order or bank check payable to **Clerk, U.S. Bankruptcy Court.** Debtors' personal checks cannot be accepted. Do NOT send cash through the mail.

**SERVICE OF NOTICE:** If creditors have been added, you are responsible for mailing to each such creditor a copy of the notice that the Court issued (and which should have previously been mailed to you) advising of the filing of the case, the meeting of creditors and the fixing of certain deadlines. You should file a certificate of service of the notice along with the schedules. (A form of certificate of service is available at the Clerk's Office.)

Rev. 1/14/04